JS-6

1  SALEK LAW FIRM
   27 Peters Canyon Rd., 2nd FL
2  Irvine, CA 92606
   Tel:  714/258-7800
3  Fax:  714/258-7888

4  By: KEITH SALEK, Bar No. 218379

5  Attorneys for Plaintiff
6  IMPERIAL PAVING COMPANY INCORPORATED

7

8              UNITED STATES DISTRICT COURT

9

10     CENTRAL DISTRICT OF CALIFORNIA--WESTERN DIVISION

11 | THE UNITED STATES OF              ) Case No.: 5:13-cv-01393 VAP (SPx)
12 | AMERICA FOR THE USE AND           )
13 | BENEFIT OF IMPERIAL PAVING        ) [PROPOSED] ORDER
   | COMPANY INCORPORATED, a           )
14 | California corporation,           )
15 |                                   )
   |       Plaintiff,                  )
16 |                                   )
17 |       vs.                         )
   |                                   )
18 | ALLEN ENGINEERING                 )
19 | CONTRACTOR, INC., a California    )
   | corporation; SAFECO INSURANCE     )
20 | COMPANY OF AMERICA, a New         )
21 | Hampshire corporation; and DOES 1 )
   | through 20, inclusive,            )
22 |                                   )
23 |       Defendants.                 )

24

25

26     IT IS HEREBY ORDERED that pursuant to the stipulation of dismissal by the
27 parties who have appeared in this action, IMPERIAL PAVING COMPANY
28 INCORPORATED and SAFECO INSURANCE COMPANY OF AMERICA,
   through their designated counsel, the above-captioned action is hereby dismissed

-1-
[PROPOSED] ORDER

without prejudice as to all parties and claims for relief, pursuant to Federal Rule of Civil Procedure section 41(a)(1).

**ORDER**

IT IS SO ORDERED.

DATED: 10/18/13

*[signature]*
UNITED STATES DISTRICT JUDGE